# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003



February 3, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-001263 and Court of Appeals number 03-14-00797-CV, styled, Darrell J. Harper v Texas Commission on Jail Standards, Anthony Mikesh was due in your office January 13, 2015.  This office has not received payment for this record as of January 13, 2015.   Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk I
(512) 854-4309